AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |
|---|---|---|

Presidio Health, Inc.

Plaintiff (s),

V.

STC Operations, LLC

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  4:19-cv-03731-JST

Notice is hereby given that, subject to approval by the court,   STC Operations, LLC   substitutes

(Party (s) Name)

Matthew J. Olson   , State Bar No.  265908   as counsel of record in

(Name of New Attorney)

place of   Reno F.R. Fernandez III   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Dorsey & Whitney LLP |
|---|---|
| Address: | 305 Lytton Avenue, Palo Alto, CA 94301 |
| Telephone: | (650) 857-1717          Facsimile  (650) 857-1288 |
| E-Mail (Optional): | olson.matt@dorsey.com |

I consent to the above substitution.

Date:          1/6/2020

(Signature of Party (s))

I consent to being substituted.

Date:          1/6/2020

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:          1/6/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     January 22, 2020

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]